No. 489. THE PEOPLE *v.* AMILL.—Appeal from the District Court of Ponce. Motion of *fiscal* to withdraw appeal. Decided January 13, 1913. Appeal dismissed on motion of *fiscal*. *Mr. Charles E. Foote, fiscal,* for The People. Respondent did not appear.

No. 938. ACOSTA *v.* PAGÁN.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal. Decided January 14, 1913. Appeal dismissed for noncompliance with section 249 of the Code of Civil Procedure, amended by Act No. 70 of March 9, 1911. *Mr. José Sabater* for respondent. Appellant did not appear.

No. 376. EX PARTE MARTÍNEZ.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 14, 1913. Bond approved. The petitioner appeared *pro se.*

No. 380. EX PARTE NAVARRO.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 14, 1913. Bond approved. The petitioner appeared *pro se.*

No. 535. THE PEOPLE *v.* CUADRA.—Appeal from the District Court of Humacao. Motion of *fiscal* to withdraw appeal. Decided January 14, 1913. Appeal dismissed on motion of *fiscal*. *Mr. Charles E. Foote, fiscal,* for The People. The adverse party did not appear.